CLERK'S OFFICE U.S. DIST COURT
AT DANVILLE, VA
FILED
for Roanoke
DEC - 8 2009
JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| GARY STICKLEY CORDER, JR., ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEPT. SUPT. VERNON ) <br> REYNOLDS, et al., ) <br> Defendants. ) | Civil Action No. 7:09-cv-00123 <br><br> **ORDER** <br><br> By: Hon. Jackson L. Kiser <br> Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's amended complaint is **DISMISSED** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii), 1915A(b)(1), and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 8th day of December, 2009.

/s/ Jackson L. Kiser
Senior United States District Judge